# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3024

_____

| | | |
|---|---|---|
| Bobbie Smith, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| City of West Memphis, Arkansas; West | * | District Court for the |
| Memphis Police Department, and its | * | Eastern District of Arkansas |
| agents, employees, and assigns, et al., | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: December 21, 1998
Filed: January 7, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Bobbie Smith appeals from the final judgment entered in the District Court[1] for the Eastern District of Arkansas dismissing with prejudice Smith's 42 U.S.C. § 1983 action against the City of West Memphis and the City's police department. Upon a thorough review of the record and the parties' briefs, we conclude that dismissal was

_____

[1]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern District of Arkansas.

warranted for the reasons the district court stated. Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.